FILED
2026 Aug-31 PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

Defendant's Copy

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 7/2023 | SUMMONS<br>-CIVIL- | Court Case Number<br>CV202663 |
|---|---|---|

IN THE Circit (Circuit, District, or Juvenile) COURT OF Madison (Name of County) COUNTY, ALABAMA

John E. Bryson III (Name(s) of Plaintiff(s)) v. Walmart Inc. (Name(s) of Defendant(s))

NOTICE TO: Walmart, 8380 Highway 72 W, madison, AL, 35758 (Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ______ (Name(s) of Attorney(s))

ADDRESS(ES) IS/ARE: 340 Jasmine Dr, Madison, AL, 35757 (Address(es) of Plaintiff(s) or Attorney(s))

FILED IN OFFICE
MAY 2 1 2026
DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of ______ (Name(s)) pursuant to the Alabama Rules of Civil Procedure.

5/21/26 (Date) Debra Kizer (Signature of Clerk) By: MM (Name)

[ ] Certified Mail is hereby requested. ______ (Plaintiff's/Attorney's Signature)

RETURN ON SERVICE

*Certified Mail*

[ ] Return receipt of certified mail was received in this Office on ______ (Date)

*Personal / Authorized*

[ ] I certify that I personally delivered a copy of this Summons and the Complaint or other document to ______ (First and Last Name of Person Served) in ______ (Name of County) County, Alabama on ______ (Date).

Documents left:

[ ] with above-named Defendant;

[ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by ______ (First and Last Name of Person Served) in ______ (Name of County) County, Alabama on ______ (Date) who is:

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure.

[ ] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

Type of Process Server ______ Server's Signature ______ Address of Server/Designated Process Server ______

Typed Name of Sheriff or Constable ______ Server's Printed Name ______ Telephone Number of Designated Process Server ______

Badge or Precinct Number of Sheriff or Constable ______

EXHIBIT A

# IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

Cv 2026 603

**John E. Bryson III**
340 Jasmine Dr.
Madison, AL 35757

Plaintiff,
v.
**Walmart Inc.**
8580 Highway 72 W
Madison, AL 35758

Defendant.

FILED IN OFFICE
MAR 26 2026
DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

# COMPLAINT FOR DEFAMATION AND FALSE IMPRISONMENT

## *1. Parties and Jurisdiction*

Plaintiff, John E. Bryson III, is a resident of Madison County, Alabama. Defendant, Walmart Inc., operates a retail establishment located at 8580 Highway 72 W, Madison, Alabama 35758. The events giving rise to this action occurred within Madison County, Alabama, thereby giving this Court jurisdiction over the parties and the subject matter.

## *2. Statement of Facts*

On or about October 9, 2025, Plaintiff was at his place of employment at the Walmart located at 8580 Highway 72 W, Madison, Alabama. Without prior warning or justification, a store manager directed Plaintiff into a back room, locked the door, and falsely accused Plaintiff of theft. The manager stated he had proof of the alleged theft and repeatedly demanded Plaintiff admit guilt, which Plaintiff denied. After Plaintiff's refusal, the manager informed him that he was terminated and ordered him to leave the premises. When Plaintiff requested to see proof and obtain his termination paperwork, the manager refused and instead called law enforcement. The responding police officer subsequently informed Plaintiff he was being trespassed from the property and declined to accept Plaintiff's request to file a complaint against the Walmart manager or store security.

## *3. Count I – Defamation*

Defendant Walmart Inc., through its employees, made false and defamatory statements accusing Plaintiff of theft. These statements were communicated to third parties, including law enforcement, without any supporting evidence. Such statements were made negligently and maliciously, causing Plaintiff humiliation, reputational harm, and emotional distress.

## *4. Count II – False Imprisonment*

DOCUMENT 2

Defendant, through its agents, unlawfully detained Plaintiff by locking him in a room against his will without probable cause or legal justification. Plaintiff was restrained and not free to leave until law enforcement arrived, constituting false imprisonment under Alabama law.

### 5. Damages

As a direct and proximate result of Defendant's actions, Plaintiff suffered emotional distress, humiliation, and loss of employment. Plaintiff seeks compensatory and punitive damages for the harm caused by Defendant's wrongful acts.

***WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant Walmart Inc. as follows:***

- For compensatory damages in an amount to be determined at trial;
- For punitive damages sufficient to punish and deter similar conduct;
- For costs, interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

John E. Bryson III
Plaintiff

FILED IN OFFICE
MAR 26 2026
DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

Date: 03-26-2026

*To be filed by counsel upon representation.*

# IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

**John E. Bryson III**
Plaintiff

v. CV-26-63

**Walmart Inc.**
Defendant

# AMENDED COMPLAINT FOR DEFAMATION AND FALSE IMPRISONMENT

Plaintiff John E. Bryson III files this Amended Complaint against Defendant Walmart Inc. and states as follows:

1. On or about October 9, 2025, Plaintiff was wrongfully accused of theft by Walmart management at the Walmart located at 8580 Highway 72 W, Madison, Alabama 35758.
2. Plaintiff was detained in a locked room against his will, repeatedly pressured to admit to theft, denied requested documentation, and subsequently trespassed from the property after police were called.
3. The accusations against Plaintiff were false and caused emotional distress, humiliation, reputational harm, and loss of employment.

## WHEREFORE, Plaintiff respectfully requests judgment against Defendant Walmart Inc. for:

- Compensatory damages for emotional distress, humiliation, lost wages, and reputational harm;
- Punitive damages as allowed by law;
- Court costs and interest;
- Any additional relief the Court deems just and proper.

FILED IN OFFICE
MAY 21 2026
DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

**Plaintiff demands judgment in the amount of $500,000.00.**

Respectfully submitted,

John E. Bryson III
340 Jasmine Dr.
Madison, AL 35757

Defendant, through its agents, unlawfully detained Plaintiff by locking him in a room against his will without probable cause or legal justification. Plaintiff was restrained and not free to leave until law enforcement arrived, constituting false imprisonment under Alabama law.

### 5. Damages

As a direct and proximate result of Defendant's actions, Plaintiff suffered emotional distress, humiliation, and loss of employment. Plaintiff seeks compensatory and punitive damages for the harm caused by Defendant's wrongful acts.

***WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant Walmart Inc. as follows:***

- For compensatory damages in an amount to be determined at trial;
- For punitive damages sufficient to punish and deter similar conduct;
- For costs, interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

John E. Bryson III
Plaintiff

Date: 03-26-2026

FILED IN OFFICE
MAR 26 2026
DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

*To be filed by counsel upon representation.*